DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SADIK BAXTER,**
Appellant,

v.

**ARMOR CORRECTIONAL HEALTH SERVICES, INC.,**
Appellee.

No. 4D17-912

[December 7, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Thomas Luzzo, Judge; L.T. Case No. 14-00793 (09).

Sadik Baxter, Daytona Beach, pro se.

Louis Reinstein, of Kelley Kronenberg, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***